For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

### STATE of Missouri, Respondent,

v.

### Jeffery H. SUMNERS, Appellant.

### WD 78916

Missouri Court of Appeals, Western District.

ORDER FILED: August 30, 2016

Chris Koster, Attorney General, Rachel Flaster, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent

Rosalynn Koch, Assistant Public Defender, Columbia, MO, Attorney for Appellant

Before Division Two: Karen King Mitchell, Presiding Judge, and Cynthia L. Martin and Gary D. Witt, Judges

### Order

Per Curiam:

Jeffery Sumners appeals from a jury verdict finding him guilty of tampering in the first degree, § 569.080. Sumners was sentenced as a persistent felony offender to fifteen years' imprisonment. In his sole point on appeal, Sumners argues that the trial court plainly erred in admitting testimony about a knife found in Sumners's possession on the night he was arrested because the State failed to timely disclose the knife during discovery. Finding no error, we affirm the trial court's judgment. Rule 30.25(b).